UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DANIEL ALEJANDRO OYARZABAL ADRAZ,

    Petitioner,

v.                                                                    Case No. 8:26-cv-1829-JLB-NHA

SHERIFF BOB GUALTIERI, *et al.*,

    Respondents.
_____/

### ORDER

Petitioner, through counsel, petitions under 28 U.S.C. § 2241 for the writ of habeas corpus and challenges his detention at the Pinellas County Jail in Clearwater, Florida.  Petitioner challenges only his present detention, not whether he is subject to removal.

Upon consideration, it is **ORDERED** that:

1. Petitioner is **DIRECTED** to serve copies of this Order and the Petition (Doc. 1) on the appropriate Respondents and file a certificate of service on the docket.

2. The Respondents shall respond to the Petition within fourteen (14) days of service of this Order and the Petition.  The Court will authorize an extension of this deadline only if the respondents submit a good-faith

1

representation that they will not remove Petitioner before this case is resolved.

3. Petitioner may reply within fourteen (14) days of the filing of the response.

**DONE and ORDERED in Tampa, Florida, on June 25, 2026**.

_____
JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE